JS-6

Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Plaintiff Chris Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MARTIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RALPH LAUREN CORPORATION; MACY'S INC., and DOES 1-10, Inclusive,<br><br>Defendants | Case No.: 2:15-CV-08132 PA (PJWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    The Court, having considered the Stipulation for Dismissal filed by Plaintiff Chris Martin and Defendants Ralph Lauren Corporation and Macy's Inc., and GOOD CAUSE appearing, hereby orders as follows:

    This entire Action is hereby dismissed with prejudice as to Defendants Ralph Lauren Corporation and Macy's Inc. each Party, to bear his, her, or its own costs of suit and attorneys' fees.

IT IS SO ORDERED

Dated  June 10, 2016

_____
United States District Judge